# **EXHIBIT A**



# Cook County Clerk of the Circuit Court
## Electronic Docket Search
### Chancery, Domestic/Child Support, Civil and Law Divisions

---

**Case Information Summary for Case Number 2018-L-012435**

Filing Date: 11/15/2018  
Division: Law Division  
Ad Damnum: $1334982.00

Case Type: CONTRACT  
District: First Municipal  
Calendar: W

## Party Information

**Plaintiff(s)**  
MIDAMINES SPRL LTD., AN I

**Attorney(s)**  
HASSAN A ABBAS LAW OFFICE  
211 W WACKER #300  
CHICAGO IL, 60606  
(312) 522-7782

**Defendant(s)**  
KBC BANK NV; KBC GROUP NV

**Defendant Date of Service**

**Attorney(s)**

## Case Activity

Activity Date: 11/15/2018  
Participant: MIDAMINES SPRL LTD., AN I

CONTRACT COMPLAINT FILED

Court Fee: 368.00  
Ad Damnum Amount: 1334982.00

Attorney: HASSAN A ABBAS LAW OFFICE

Activity Date: 11/15/2018  
Participant: MIDAMINES SPRL LTD., AN I

CASE ELECTRONICALLY FILED

Attorney: HASSAN A ABBAS LAW OFFICE

Activity Date: 11/15/2018  
Participant: MIDAMINES SPRL LTD., AN I

CASE SET ON STATUS CALL

Date: 01/09/2019

Court Time: 0930

Judge: SHELLEY DIANE M

Activity Date: 11/15/2018  Participant: MIDAMINES SPRL LTD., AN I

CASE SET ON INDIVIDUAL CALENDAR

Activity Date: 12/03/2018  Participant: MIDAMINES SPRL LTD., AN I

AFFIDAVIT OF SERVICE FILED

Activity Date: 12/05/2018  Participant: MIDAMINES SPRL LT

ELECTRONIC NOTICE SENT

Judge: SHELLEY DIANE M

Attorney: HASSAN A ABBAS LAW OFFICE

Microfilm: LD000000000

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | |
| **2220 - Not Served** | **2221 - Not Served** | |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |
| **Summons - Alias Summons** | | (08/01/18) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Midamines Sprl Ltd., an Illinois Corporation

(Name all parties)

v.

KBC Bank NV; KBC Group NV

Case No. 2018-L-012435

### ☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons,** not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons  (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: _____

Atty Name: _____

Atty. for: KBC Bank NV

Address: 1177 Avenue of the Americas, 8th Fl

City: New York

State: NY   Zip: 10036

Telephone: +1-212-541-0600

Primary Email: alee@orrick.com

Witness: _____

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ⦿ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ○ District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ○ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ○ District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ○ District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ○ District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ○ Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ○ Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ○ Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- ○ Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ○ Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED DATE: 11/15/2018 4:34 PM  2018L012435

FILED
11/15/2018 4:34 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012435

IN THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS DEPARTMENT – LAW DIVISION

| | |
|---|---|
| MIDAMINES SPRL LTD.<br>An Illinois Corporation<br>Plaintiff,<br><br>v.<br><br>KBC BANK NV<br>KBC GROUP NV<br>Defendants.<br>_____/ | No.<br><br>HON.<br><br>**Jury Demand** |

## VERIFIED COMPLAINT

NOW COMES the Plaintiff, MIDAMINES SPRL LTD., an Illinois corporation, ("Midamines)" by and through its attorney, Hassan A. Abbas, Esq., and complains of the Defendants, KBC BANK NV ("KBC Bank"), a Belgian bank with a branch in New York, and KBC GROUP NV (KBC Group"), Belgian holding company, and alleges upon personal knowledge of the activities and occurrences, unless alleged upon information and belief as to the activities of defendants KBC Bank and KBC Group, and/or others, and states as follows:

### NATURE OF THE ACTION

1. This is an action against defendants for declaratory judgment, breach of contract, fraudulent misrepresentations, mail and wire fraud, transportation of stolen property, commission of tortious acts in Illinois such as conversion, unjust enrichment, violations of the Illinois and New York Uniform Commercial Code, (IL UCC and NY UCC) and related claims, arising from KBC Bank's unlawful stop payment of Plaintiff's two Cashier's checks, and KBC's unlawful wire transfer of approximately $1.2 Million USD. The causes of action are pled in the alternative, and by this action, Plaintiff seeks, *inter alia*, payment of the Cashier's checks $35,110.73 and Euro 56,450.72 and return of the $1.2 Million owing to Plaintiff, with compound interest for six years, and declaratory relief, compensatory damages, treble and punitive damages, and attorney's fees and costs.

2. Venue is proper as the transactions or some parts thereof occurred herein this jurisdiction, out of which the cause/s of action arose, and the tortious conduct by KBC Bank occurred in Du Page County and/or Cook County, Illinois. (735 ILCS 5/Art. II Pt. 1).

**Count 1 – Breach of Contract**

3. KBC Bank breached the contract and obligations for payment of two Cashier's checks for $35,110.73 USD and Euro 56,450.72; and KBC Bank breached its contractual obligation for payment of the $1.243,456.72 USD. Plaintiff, Midamines Sprl Ltd., has performed all its obligations and conditions precedent are met. Plaintiff suffered damages a result of KBC Bank's breach of contract. Plaintiff is entitled to its funds and monetary damages, compensatory damages, costs and attorney's fees.

**Count 2 - Conversion**

4. In this complaint, plaintiff also alleges that Defendant KBC Bank committed the tort of conversion when it, without authorization, removed $35,110.73 from Plaintiff's bank account in Illinois, and then retained the Plaintiff's funds indefinitely. Defendant committed the tort of conversion when it, without authorization, took Plaintiff's Euro 56,450.7 and then retained the funds indefinitely.

5. Plaintiff, Midamines Sprl Ltd., through counsel, repeatedly requested the return of its funds, but the defendant did not return the funds.

6. Defendant converted the funds. (1) Defendant KBC Bank's unauthorized and wrongful assumption of control, dominion, or ownership over Plaintiff's personal property; (2) Plaintiff's has a right in the property; (3) Plaintiff has a right to immediate possession of the property, absolutely and unconditionally; and (4) Plaintiff demanded possession of the property. *Bill Marek's Competitive Edge, Inc. v. Mickelson Group, Inc.*, 346 Ill. App. 3d 996, 1003 (2004). The funds are described, identified, or segregated in a specific manner.

7. Plaintiff seeks compensatory damages and punitive damages, costs and attorney's fees.

### Count 3 – Unjust Enrichment

8. The Illinois Supreme Court recognizes unjust enrichment as an independent cause of action. See *Raintree Homes, Inc. v. Vill. of Long Grove,* 807 N.E.2d 439, 445 (Ill. 2004), The basis for Plaintiff's claim is restitution to prevent unjust enrichment. Plaintiff seeks to recover its funds, unlawfully withheld by defendant KBC Bank. KBC stole the funds from third parties, like the Plaintiff's Illinois bank account at PNC, and KBC received the benefit, i.e. funds from third parties, but these funds and benefits should be paid to Plaintiff, and the funds belong to Plaintiff. KBC Bank received money and benefits that KBC Bank should not have received, and KBC Bank should not have retained. The Plaintiff claims restitution, and compensatory damages, and costs, and punitive damages, and reasonable attorney's fees. The Illinois Supreme Court has articulated elements of unjust enrichment, without necessity to a separate underlying claim, whether in tort, or contract, or statute. *HPI Health Care Servs.,* 545 N.E.2d at 679.

### Count 4 – KBC's RICO Violations

9. The RICO statute provides a private cause of action for Midamines Sprl Ltd. as the Plaintiff here is "[a] person injured in his [or her] business or property by reason of a violation of section 1962 of this chapter." 18 U.S.C. § 1964(c) (2006). Section 1962(c) further provides, in pertinent part, that it is "unlawful for any person employed by or associated with" an enterprise engaged in or affecting interstate or foreign commerce "to conduct or participate directly or indirectly, in the conduct of such enterprises' affairs through a pattern of racketeering activity." 18 U.S.C. § 1962(c) (2006). Defendants are an association in fact enterprise and engaged in a "pattern" of "racketeering activity" as defined to include "predicate acts", including mail and wire fraud, which are alleged in the case at bar to have occurred in 2018 and 2016. See 18 U.S.C. § 1961(1) (2006).

3

FILED DATE: 11/15/2018 4:34 PM 2018L012435

10. Plaintiff alleges the defendants' RICO violation was not only a 'but for' cause of the Plaintiff's injury, but the proximate cause as well.

11. KBC Group and KBC Bank formed an association in fact enterprise to steal Plaintiff's funds, as well as other people's funds, and defendants conspired to steal Plaintiff's funds through various predicate acts including but not limited to mail and wire fraud. Plaintiff, Midamines Sprl Ltd., suffered injury to its business and property and Plaintiff was directly harmed by reason of defendants' Rico violations.

12. A civil remedy is available under 18 U.S.C. § 1964 for treble damages. Plaintiff alleges the four elements of: (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. Defendant, KBC Bank, is a banking entity and "person" for the purposes of RICO. Defendant, KBC Groep is a holding company, and "person" for the purposes of RICO. Plaintiff identifies the "enterprise" as an association of fact between the bank, i.e. KBC Bank – and the holding company i.e., KBC Group – for the purpose of maximizing revenue by stealing funds and assets, from clients and non-clients alike, and by unlawfully depriving individuals and/or entities of their funds via a scheme to defraud; and committing at least two predicate acts of mail and wire fraud and racketeering in 2016 and 2018.

13. KBC Bank and KBC Group utilized the U.S. mails and/or wires in their fraudulent scheme; and engaged in the interstate and/or international transportation of stolen property. Defendants engaged in mail and wire fraud, and Defendants corruptly influenced the outcome of court proceedings so as to steal the Plaintiff's funds, such as with KBC mailing, wiring, and using corrupt foreign judgments in the U.S. court proceedings in 2016 and in 2018, which were sent by the Defendants, via the U.S. mails and wires, in a scheme to defraud. KBC Bank and KBC Group also mailed, wired and used false and misleading statements, and/or misrepresentations, and/or material

4

omissions; sent by KBC via the U.S. mails and wires, such as the false declarations by Diane Grimmig and Peter Van Huysse, pursuant to the Defendant's ongoing scheme to defraud and to steal Plaintiff's funds.

14. There is a pattern of racketeering by KBC Bank and KBC Groep, and the predicate acts are committed within the last two year period, and related to one another, and pose a threat of continued criminal activity, and continued fraud and theft of funds, continued refusal to return Plaintiff's money. There is relationship plus continuity because KBC Bank and KBC Group systematically steal funds and make fraudulent statements and commit mail fraud and/or wire fraud and systematically transfer stolen funds across interstate lines and international lines and which affects interstate and/or foreign commerce.

15. The alleged enterprise is ongoing and with hierarchical structure, whether formal or informal, and involved in banking and insurance, and there is leadership, and management roles of this enterprise, within the enterprise's banking and insurance organization/s. The associates in fact, KBC Bank and KBC Groep, function as a continuing unit, and have relationships amongst each other, and there is continuity for many years, and KBC Group is the holding company, and KBC Bank is the bank. Defendants, KBC Bank and/or KBC Group, conducted the enterprise's affairs through the commission of two or more, statutorily defined, predicate acts constituting a pattern of racketeering within the required time frames.

16. The RICO enterprise alleged has an ascertainable structure and which is separate from the "pattern of racketeering activity". The enterprise has the three structural features of "purpose", "relationships amongst those associated" in the enterprise, and "longevity" sufficient to pursue the enterprise's purposes and scheme to defraud. KBC Bank and KBC Group continue depriving Plaintiff of its money, and KBC Bank and KBC Group continue depriving other similar victims of their funds.

FILED DATE: 11/15/2018 4:34 PM  2018L012435

17. Plaintiff, Midamines Sprl Ltd., alleges the KBC defendants engaged in a pattern of racketeering activity and mail and wire fraud and there was fraudulent intent by KBC Bank and KBC Group. Defendants' "racketeering activity" is defined in 18 U.S.C. § 1961(1)(B) to include: mail fraud in violation of 18 U.S.C. §1341, wire fraud in violation of 18 U.S.C. §1343), and transportation of stolen property (18 U.S.C. §2314). Defendants engaged in a scheme to defraud and steal Plaintiff's funds. Defendants committed the acts with intent to defraud and to steal funds. Defendants used the mails and wires to further their fraudulent scheme. Defendants, KBC Bank and/or KBC Group, conducted the enterprise's affairs through the commission of two or more, statutorily defined predicate acts such as mail and wire fraud, constituting a pattern of racketeering within the required time frames.

18. Plaintiff seeks monetary damages for its injuries, compensatory damages, punitive damages, and treble damages as permitted by the RICO statute, costs and attorney's fees.

**Count 5 - Declaratory Judgment**

19. Plaintiff seeks a declaration of its rights and declaratory judgment as Midamines Sprl Ltd. has a right to possession of its funds of $35,110.72 and Euro 56,414.73 as represented by the two Cashier's checks. Midamines Sprl Ltd. has a superior right to possess its funds, than KBC Bank NV and KBC Group NV who have unlawfully withheld the Plaintiff's money. Defendants have no claim to the funds and no right to possess the funds at issue.

**Count 6 – KBC Bank's Violations of The Uniform Commercial Code**

20. KBC violated the Illinois laws, and banking rules, and KBC violated the Illinois Uniform Commercial Code (IL UCC), 810 ILCS 5/4-302, and 810 ILCS 5/4-215 as well the New York Uniform Commercial Code (NY UCC). The "*Midnight Deadline Rule*" and "*Final Payment Rule*" of the Uniform Commercial Code (UCC) hold that once a check is deposited, and midnight of the second business day after deposit has passed, the check is deemed finally paid and the bank is liable for full payment. KBC violated UCC §4-203, §4-213. KBC is liable for full payment of Plaintiff's Cashier's checks drawn on KBC.

6

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Midamines Sprl Ltd., respectfully seeks judgment in its favor, and against the defendants KBC Bank NV and/or KBC Group NV, and respectfully prays that the Court:

(1) Order KBC Defendants to pay the amounts $35,110.72 and Euro 56,414.73, to Plaintiff, Midamines Sprl Ltd., plus the interest, attorney's fees and costs of this litigation.

(2) Declaratory Judgment that Plaintiff has the right to possess its funds as represented by the Plaintiff's two irrevocable Cashier's checks, for $35,110.72 and Euro 56,414.73, plus interest, attorney's fees and costs.

(3) Order KBC Defendants to pay and return the amount of $1.243,456.72 USD to Plaintiff, Midamines Sprl Ltd, plus the applicable interest, attorney's fees and costs.

(4) Award treble damages pursuant to the Rico Act.

(4) For such other relief as this Court deems just and proper.

Trial by Jury is demanded.

Respectfully Submitted,

FOR PLAINTIFF,

**MIDAMINES SPRL LTD.**

Hassan A. Abbas
Attorney and Counselor at Law
211 West Wacker Drive
Suite 300-3rd Floor
Chicago, Illinois 60606
Tel. (312) 522-7782

```
CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2005 DALEY CTR.
CHICAGO, IL. 60602


ID: LD2018L012435    20181205000003
AT: HASSAN A ABBAS LAW OFFICES
TO: HASSAN.ABBAS@HAA-LAW.COM

                    ********
                   NOTICE OF
                  CALENDAR CALL

CASE  18-L-012435    MIDAMINES SPRL LTD V.    KBC BANK NV; KBC G
     THIS CAUSE IS SCHEDULED TO APPEAR ON THE
CALENDAR CALL BEFORE JUDGE SHELLEY DIANE M
IN ROOM 1912   ON 01/09/2019 AT 09:30 A.M.
AT THE R.J. DALEY CENTER, 50 W WASHINGTON, CHICAGO,IL
     ALL PARTIES MUST BE REPRESENTED BY COUNSEL OR
APPEAR IN PERSON AND MUST BE PREPARED TO REPORT TO
THE COURT ON THE STATUS OF THE CASE INCLUDING THE
STATUS OF DISCOVERY.
                    BY: JUDGE SHELLEY DIANE M
                    YOU MUST APPEAR
```

FILED

DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 2018-L-012435 | THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS | COOK, IL | 2849369 (895290) |

2018L012435

12/3/2018 12:00 AM

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| MIDAMINES SPRL LTD., AN ILLINOIS CORPORATION | KBC BANK NV, KBC GROUP NV |

| Received by: | For: |
|---|---|
| HEAVEN SENT LEGAL | HASSAN ABBAS |

| To be served upon: |
|---|
| KBC BANK NV |

I, GREGORY NAEDER #2032331-DCA, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: DIANE GRIMMIG, MANAGING DIRECTOR, COMPANY: 1177 AVENUE OF THE AMERICAS 8TH FLOOR, NEW YORK, NY 10036
Manner of Service: Business, Nov 29, 2018, 1:20 pm EST
Documents: SUMMONS AND VERIFIED COMPLAINT (Received Nov 28, 2018 at 11:12am EST)

Additional Comments:
1) Successful Attempt: Nov 29, 2018, 1:20 pm EST at COMPANY: 1177 AVENUE OF THE AMERICAS 8TH FLOOR, NEW YORK, NY 10036 received by DIANE GRIMMIG, MANAGING DIRECTOR. Age: 45-50; Ethnicity: Caucasian; Gender: Female; Weight: 140-150; Height: 5'1"; Hair: Brown; Eyes: Blue;

_____  11/29/18
GREGORY NAEDER #2032331-DCA   Date

HEAVEN SENT LEGAL
P.O. BOX 3994
PHILADELPHIA, PA 19146
(866) 331-4220

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

5-22-21
Date    Commission Expires

JENNIFER M JULIANO
Notary Public, State of New York
No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 2021